# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4703

_____

CRAIG PERKINS,

Appellant,

v.

KNOLOGY OF FLORIDA, INC.,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
James B. Fensom, Judge.

October 24, 2018

PER CURIAM.

AFFIRMED.

WOLF, LEWIS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marie A. Mattox, Marie A. Mattox, P.A., Tallahassee, for Appellant.

Neil F. McGuinness of McGuinness & Cicero, Sunrise, for Appellee.